# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*CA06-425T*

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

December 18, 2006

Honorable Marvin E. Aspen
Senior U.S. District Judge
2578 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

(See Attached CTO-12)

Dear Judge Aspen:

    For your information, I am enclosing a copy of a conditional transfer order filed today by the Panel in this matter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Deputy Clerk

cc:     (See Attached List of Judges)

JPML Form 39B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 8 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1715

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-12)*

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 115 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-12 - TAG-ALONG ACTIONS
## DOCKET NO. 1715
## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **GEORGIA NORTHERN** | |
| GAN 1 06-2710 | Annette M. Lindsey v. Ameriquest Mortgage Co., et al. |
| **INDIANA SOUTHERN** | |
| INS 1 06-1086 | Sherry K. Blackburn, et al. v. Ameriquest Mortgage Co., et al. |
| **MASSACHUSETTS** | |
| MA 1 06-11779 | Jennifer A. Chandler, et al. v. Ameriquest Mortgage Co. |
| MA 1 06-12069 | Vincent E. Kelleher v. Ameriquest Mortgage Co. |
| MA 3 06-30176 | Paul R. Zaremba, et al. v. Ameriquest Mortgage Co. |
| MA 4 06-40247 | Deborah J. Davis v. Argent Mortgage Co., LLC |
| **MICHIGAN EASTERN** | |
| MIE 2 06-15281 | Stacie L. Morse, et al. v. Ameriquest Mortgage Co., et al. |
| **MICHIGAN WESTERN** | |
| MIW 5 06-176 | Donald Roelofs, et al. v. Argent Mortgage Co., LLC, et al. |
| MIW 5 06-177 | Yvonne D. Nimox v. Ameriquest Mortgage Co., et al. |
| MIW 5 06-180 | Lamar Gray, Sr., et al. v. Argent Mortgage Co., LLC, et al. |
| MIW 5 06-181 | Steven B. Hodor, et al. v. Ameriquest Mortgage Co., et al. |
| MIW 5 06-182 | Clarence Wayland v. Ameriquest Mortgage Co., et al. |
| MIW 5 06-183 | Terrance L. Shepard, et al. v. Ameriquest Mortgage Co., et al. |
| MIW 5 06-184 | Jeffrey Bush, et al. v. Ameriquest Mortgage Co., et al. |
| MIW 5 06-185 | Don Sturgis v. Ameriquest Mortgage Co. |
| MIW 5 06-189 | Ira C. Thompson v. Ameriquest Mortgage Co., et al. |
| MIW 5 06-194 | Norman Martin, et al. v. Ameriquest Mortgage Co., et al. |
| MIW 5 06-196 | Lori Ann Dussia v. Ameriquest Mortgage Co., et al. |
| MIW 5 06-198 | Michele M. Montgomery, et al. v. Ameriquest Mortgage Co., et al. |
| MIW 5 06-201 | Everett Washington, et al. v. Ameriquest Mortgage Co., et al. |
| MIW 5 06-202 | Carolyn Archer, et al. v. Ameriquest Mortgage Co., et al. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 06-4664 | Helen Griffin v. Ameriquest Mortgage Co., et al. |
| **RHODE ISLAND** | |
| RI 1 06-425 | Sigismund I. Ogun, et al. v. Ameriquest Mortgage Co. |
| RI 1 06-494 | Richard Fagnant, et al. v. Ameriquest Mortgage Co. |
| RI 1 06-495 | Anna M. Kielczewski v. Ameriquest Mortgage Co. |

# INVOLVED JUDGES LIST (CTO-12)
## DOCKET NO. 1715
## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

Hon. Timothy C. Batten, Sr.
U.S. District Judge
1756 Richard B. Russell Fed. Bldg. &U.S. Courthouse
75 Spring Street, SW
Atlanta, GA 30303-3309

Hon. Robert H. Bell
Chief Judge, U.S. District Court
602 Gerald R. Ford Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

Hon. Anita B. Brody
U.S. District Judge
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Richard A. Enslen
Senior U.S. District Judge
Federal Building
410 West Michigan
Kalamazoo, MI 49007

Hon. Mary M. Lisi
U.S. District Judge
310 John O. Pastore Federal Bldg.
Two Exchange Terrace
Providence, RI 02903

Hon. Wendell A. Miles
Senior U.S. District Judge
236 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 48503

Hon. Michael A. Ponsor
U.S. District Judge
Federal Building, 5th Floor
1550 Main Street
Springfield, MA 01103

Hon. Gordon J. Quist
Senior U.S. District Judge
482 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

Hon. Victoria A. Roberts
U.S. District Judge
123 Theodore Levin United States Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. F. Dennis Saylor, IV
U.S. District Judge
411 Harold D. Donohue Fed. Bldg. andU.S. Courthouse
595 Main Street
Worcester, MA 01608

Hon. William E. Smith
U.S. District Judge
United States District Court
412 Federal Building & U.S. Courthouse
One Exchange Terrace
Providence, RI 02903-1270

Hon. Ernest C. Torres
Chief Judge, U.S. District Court
219 Federal Building & U.S. Courthouse
One Exchange Terrace
Providence, RI 02903-1270

Hon. Mark L. Wolf
Chief Judge, U.S. District Court
5110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Richard L. Young
U.S. District Judge
310 Federal Building
101 N.W. Martin Luther King Blvd.
Evansville, IN 47708

Hon. Rya W. Zobel
U.S. District Judge
6110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002