# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:         [202] 502-2888

http://www.jpml.uscourts.gov

January 3, 2007

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

(See Attached CTO-12)

Dear Mr. Dobbins:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>December 18, 2006</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By [signature]
Deputy Clerk

Attachment

cc:   Transferee Judge:      Judge Marvin E. Aspen
      Transferor Judges:     (See Attached List of Judges)
      Transferor Clerks:     (See Attached List of Clerks)

JPML Form 36

DEC 1 8 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1715*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING
PRACTICES LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-12)*

On December 13, 2005, the Panel transferred five civil actions to the United States District Court
for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant
to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 115 additional
actions have been transferred to the Northern District of Illinois. With the consent of that court,
all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Northern District of Illinois and assigned to
Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation,
199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the
Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with
the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United
States District Court for the Northern District of Illinois. The transmittal of this order to said
Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with
the Clerk of the Panel within this 15-day period, the stay will be continued until further order of
the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN - 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-12 - TAG-ALONG ACTIONS
## DOCKET NO. 1715
## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES
## LITIGATION

DIST. DIV. C.A. #               CASE CAPTION

**GEORGIA NORTHERN**
GAN  1  06-2710                 Annette M. Lindsey v. Ameriquest Mortgage Co., et al.

**INDIANA SOUTHERN**
INS   1  06-1086                Sherry K. Blackburn, et al.v. Ameriquest Mortgage Co., et al.

**MASSACHUSETTS**
MA   1  06-11779               Jennifer A. Chandler, et al. v. Ameriquest Mortgage Co.
MA   1  06-12069               Vincent E. Kelleher v. Ameriquest Mortgage Co.
MA   3  06-30176               Paul R. Zaremba, et al. v. Ameriquest Mortgage Co.
MA   4  06-40247               Deborah J. Davis v. Argent Mortgage Co., LLC

**MICHIGAN EASTERN**
MIE   2  06-15281              Stacie L. Morse, et al. v. Ameriquest Mortgage Co., et al.

**MICHIGAN WESTERN**
MIW 5  06-176                 Donald Roelofs, et al. v. Argent Mortgage Co., LLC, et al.
MIW 5  06-177                 Yvonne D. Nimox v. Ameriquest Mortgage Co., et al.
MIW 5  06-180                 Lamar Gray, Sr., et al. v. Argent Mortgage Co., LLC, et al.
MIW 5  06-181                 Steven B. Hodor, et al. v. Ameriquest Mortgage Co., et al.
MIW 5  06-182                 Clarence Wayland v. Ameriquest Mortgage Co., et al.
MIW 5  06-183                 Terrance L. Shepard, et al. v. Ameriquest Mortgage Co., et al.
MIW 5  06-184                 Jeffrey Bush, et al. v. Ameriquest Mortgage Co., et al.
MIW 5  06-185                 Don Sturgis v. Ameriquest Mortgage Co.
MIW 5  06-189                 Ira C. Thompson v. Ameriquest Mortgage Co., et al.
MIW 5  06-194                 Norman Martin, et al. v. Ameriquest Mortgage Co., et al.
MIW 5  06-196                 Lori Ann Dussia v. Ameriquest Mortgage Co., et al.
MIW 5  06-198                 Michele M. Montgomery, et al. v. Ameriquest Mortgage Co., et al.
MIW 5  06-201                 Everett Washington, et al. v. Ameriquest Mortgage Co., et al.
MIW 5  06-202                 Carolyn Archer, et al. v. Ameriquest Mortgage Co., et al.

**PENNSYLVANIA EASTERN**
PAE 2  06-4664                Helen Griffin v. Ameriquest Mortgage Co., et al.

**RHODE ISLAND**
RI   1  06-425                 Sigismund I. Ogun, et al. v. Ameriquest Mortgage Co.
~~RI   1  06-494                 Richard Fagnant, et al. v. Ameriquest Mortgage Co.~~
~~RI   1  06-495                 Anna M. Kielczewski v. Ameriquest Mortgage Co.~~

**INVOLVED COUNSEL LIST (CTO-12)**
**DOCKET NO. 1715**
**IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

Charles McLeod Baird
Office of Charles M. Baird
235 Peachtree Street
Suite 400
Atlanta, GA 30303-1400

Douglas C. Bernstein
Plunkett & Cooney, P.C.
38505 Woodward Ave.
Suite 2000
Bloomfield Hills, MI 48304

D. Richard Black
Black & Nicewander
513 Baldwin
Jenison, MI 49428-7902

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Andrew C. Glass
Kirkpatrick Lockhart Nicholson Graham LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

Christopher M. Lefebvre
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

Carolyn P. Medina
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Brian R. Mildenberg
Mildenberg & Stalbaum, PC
1616 Walnut Street
Suite 1010
Philadelphia, PA 19103

Kathryn J. Miller
Dykema Gossett (Ann Arbor)
2723 S. State Street
Suite 400
Ann Arbor, MI 48104

Henry F. Reichner
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Frank R. Saia
Saia Law Firm
106 State Street
Springfield, MA 01103

Steven E. Snow
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

John O'Shea Sullivan
Burr & Forman LLP
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, GA 30363

Mark D. van der Laan
Dykema Gossett LLP
300 Ottawa Ave., NW, Ste.700
Grand Rapids, MI 49503

## INVOLVED JUDGES LIST (CTO-12)
## DOCKET NO. 1715
## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

Hon. Timothy C. Batten, Sr.
U.S. District Judge
1756 Richard B. Russell Fed. Bldg. &U.S. Courthouse
75 Spring Street, SW
Atlanta, GA 30303-3309

Hon. Robert H. Bell
Chief Judge, U.S. District Court
602 Gerald R. Ford Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

Hon. Anita B. Brody
U.S. District Judge
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Richard A. Enslen
Senior U.S. District Judge
Federal Building
410 West Michigan
Kalamazoo, MI 49007

Hon. Mary M. Lisi
U.S. District Judge
310 John O. Pastore Federal Bldg.
Two Exchange Terrace
Providence, RI 02903

Hon. Wendell A. Miles
Senior U.S. District Judge
236 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 48503

Hon. Michael A. Ponsor
U.S. District Judge
Federal Building, 5th Floor
1550 Main Street
Springfield, MA 01103

Hon. Gordon J. Quist
Senior U.S. District Judge
482 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

Hon. Victoria A. Roberts
U.S. District Judge
123 Theodore Levin United States Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. F. Dennis Saylor, IV
U.S. District Judge
411 Harold D. Donohue Fed. Bldg. andU.S. Courthouse
595 Main Street
Worcester, MA 01608

Hon. William E. Smith
U.S. District Judge
United States District Court
412 Federal Building & U.S. Courthouse
One Exchange Terrace
Providence, RI 02903-1270

Hon. Ernest C. Torres
Chief Judge, U.S. District Court
219 Federal Building & U.S. Courthouse
One Exchange Terrace
Providence, RI 02903-1270

Hon. Mark L. Wolf
Chief Judge, U.S. District Court
5110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Richard L. Young
U.S. District Judge
310 Federal Building
101 N.W. Martin Luther King Blvd.
Evansville, IN 47708

Hon. Rya W. Zobel
U.S. District Judge
6110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

## INVOLVED CLERKS LIST (CTO-12)
## DOCKET NO. 1715
## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

David A. DiMarzio, Clerk
356 John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Laura A. Briggs, Clerk
105 Birch Bayh Fed. Bldg. & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed. Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Ronald C. Weston, Clerk
113 Federal Building
315 West Allegan Street
Lansing, MI 48933

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608